

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant, who is acting pro se on appeal, appeals from orders entered in the underlying suit affecting the parent-child relationship. Ms. Judy Mata and Ms. Mary Beth Sasala are two of the court reporters responsible for filing the reporter's record in this appeal. Ms. Mata filed her record on May 24, 2021 and Ms. Sasala's record is due June 25, 2021.

On May 25, 2021, appellant identified Ms. MC Martinez-Wilson as another reporter responsible for filing a reporter's record in this appeal. On that same date, appellant filed in this court a "Motion for Preparation of Court Reporters' Records" in which he (1) requested that a reporter's record be prepared and (2) designated those portions of the record to be included in the reporter's record. Appellant provided Ms. Martinez-Wilson with a copy of the motion via her work email address. Appellant also stated he has filed an affidavit of indigency.

Ms. Martinez-Wilson is hereby ORDERED to, **no later than June 25, 2021,** either (1) file the reporter's records requested by appellant or (2) inform this court and appellant in writing of the records not taken by her.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court